**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Benito Rojas, | : | Bankruptcy No. 24-22690-JAD |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Benito Rojas, | : | |
| | : | Document No. |
| Movant, | : | |
| | : | Related to Document No.    13 |
| v. | : | |
| | : | |
| No Respondents, | : | |
| | : | |
| Respondent. | : | |

**ORDER EXTENDING TIME TO FILE SCHEDULES, PLAN,
STATEMENT OF AFFAIRS, DECLARATION REGARDING ELECTRONIC FILING
AND RELATED DOCUMENTS**

AND NOW, upon consideration of Debtor's Motion for Order Extending Time to File

Schedules, Plan, Statement of Financial Affairs, Declaration Re: Electronic Filing and other

Related Documents, it is hereby ORDERED, ADJUDGED and DECREED that the deadline for

Debtor to file his schedules, plan, statement of financial affairs, Attorney Disclosure Statement,

Employee Income Record, Declaration Re: Electronic Filing, Summary of Schedules and other

related documents is hereby extended to November 29, 2024. It is further ORDERED that this

Order is entered without prejudice to the Debtor's right to seek further extensions of such

deadline, should circumstances so require.

Dated: _____11/15/2024_____

_____
United States Bankruptcy Judge

Jeffery A. Deller

FILED
11/15/24 12:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 24-22690-JAD

Benito Rojas                                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                  User: auto                                              Page 1 of 2
Date Rcvd: Nov 15, 2024                          Form ID: pdf900                                    Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Benito Rojas, 5900 Babcock Blvd #41, Pittsburgh, PA 15237-2555 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2024                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Debtor Benito Rojas bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Denise Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor KeyBank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mary F. Kennedy | on behalf of Creditor Citizens Bank  N.A. s/b/m to Citizens Bank of Pennsylvania mary@javardianlaw.com, |

tami@javardianlaw.com;angie.harrigan@javardianlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 7