IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Benito Rojas, | : | Bankruptcy No. 24-22690-JAD |
| Debtor. | : | Chapter 13 |
| Benito Rojas, | : | |
| Movant, | : | Document No. |
| v. | : | Related to Document No. 22 |
| No Respondents, | : | |
| Respondent. | : | |

## ORDER EXTENDING TIME TO FILE SCHEDULES, PLAN, STATEMENT OF AFFAIRS, DECLARATION REGARDING ELECTRONIC FILING AND RELATED DOCUMENTS

AND NOW, upon consideration of Debtor's Motion for Order Extending Time to File Schedules, Plan, Statement of Financial Affairs, Declaration Re: Electronic Filing and other Related Documents, it is hereby ORDERED, ADJUDGED and DECREED that the deadline for Debtor to file his schedules, plan, statement of financial affairs, Attorney Disclosure Statement, Employee Income Record, Declaration Re: Electronic Filing, Summary of Schedules and other related documents is hereby extended to December 27, 2024. NO FURTHER EXTENSIONS SHALL BE GRANTED.

Dated: ___12/13/2024___

United States Bankruptcy Judge
Jeffery A. Deller

FILED
12/13/24 10:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA