| Name | | Company | | Employee ID | Period Start | Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Benito Rojas | | Valet Living LLC | | 166226 | 09/22/2024 | 10/05/2024 | 10/11/2024 | 5089276 |

| Company Address | Address 2 | City | State | Zip | Phone Number |
|---|---|---|---|---|---|
| 10150 Highland Manor Drive | Suite 120 | Tampa | FL | 33610 | (877) 574-2587 |

| | Gross Pay | Pre Tax Deductions | Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 700.14 | 0.00 | 89.40 | 0.00 | 610.74 |
| YTD | 13,587.67 | 0.00 | 1,648.42 | 0.00 | 11,939.25 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular | 09/22/2024-10/05/2024 | 35.01 | 20.00 | 700.14 | 13,587.67 |
| Earnings | | 35.01 | | 700.14 | 13,587.67 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Federal Withholding | 13.86 | 182.32 |
| Medicare | 10.15 | 197.02 |
| OASDI | 43.41 | 842.44 |
| State Tax - PA | 21.49 | 417.13 |
| SUI-Associate Paid - PA | 0.49 | 9.51 |
| Associate Taxes | 89.40 | 1,648.42 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| Federal Withholding - Taxable Wages | 700.14 | 13,587.67 |
| Medicare - Taxable Wages | 700.14 | 13,587.67 |
| OASDI - Taxable Wages | 700.14 | 13,587.67 |



| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Time Off

| Description | Hours Accrued | Hours Paid | Hours Available |
|---|---|---|---|
| Valet Living Sick Time | 1 | 0 | 89 |

| Name | Company | | | Employee | | Period | Pay Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Benito Rojas | Valet Living LLC | | | 166226 | 08/11/2024 – 08/24/2024 | | 08/30/2024 | 5058694 |

| | Company Address | Address 2 | City | State | Zip | Phone Number |
|---|---|---|---|---|---|---|
| | 10150 Highland Manor Drive | Suite 120 | Tampa | FL | 33610 | (877) 574-2587 |

| | Gross Pay | Pre Tax Deductions | Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 658.42 | 0.00 | 80.74 | 0.00 | 577.68 |
| YTD | 11,603.16 | 0.00 | 1,404.31 | 0.00 | 10,198.85 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular | 08/11/2024-08/24/2024 | 32.92 | 20.00 | 658.42 | 11,603.16 |
| Earnings | | 32.92 | | 658.42 | 11,603.16 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Federal Withholding | 9.69 | 152.33 |
| Medicare | 9.55 | 168.25 |
| OASDI | 40.83 | 719.40 |
| State Tax - PA | 20.21 | 356.21 |
| SUI-Associate Paid - PA | 0.46 | 8.12 |
| Associate Taxes | 80.74 | 1,404.31 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| Federal Withholding - Taxable Wages | 658.42 | 11,603.16 |
| Medicare - Taxable Wages | 658.42 | 11,603.16 |
| OASDI - Taxable Wages | 658.42 | 11,603.16 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Time Off

| Description | Hours Accrued | Hours Paid | Hours Available |
|---|---|---|---|
| Valet Living Sick Time | 2 | 0 | 86 |

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Benito Rojas | Valet Living LLC | | 08/25/2024 | 09/07/2024 | 09/13/2024 | 5069794 |

| Company Address | Address 2 | City | State | Zip | Phone Number |
|---|---|---|---|---|---|
| 10150 Highland Manor Drive | Suite 120 | Tampa | FL | 33610 | (877) 574-2587 |

| | Gross Pay | Pre Tax Deductions | Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 642.08 | 0.00 | 77.32 | 0.00 | 564.76 |
| YTD | 12,245.24 | 0.00 | 1,481.63 | 0.00 | 10,763.61 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular | 08/25/2024-09/07/2024 | 32.10 | 20.00 | 642.08 | 12,245.24 |
| Earnings | | 32.10 | | 642.08 | 12,245.24 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Federal Withholding | 8.05 | 160.38 |
| Medicare | 9.31 | 177.56 |
| OASDI | 39.80 | 759.20 |
| State Tax - PA | 19.71 | 375.92 |
| SUI-Associate Paid - PA | 0.45 | 8.57 |
| Associate Taxes | 77.32 | 1,481.63 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| Federal Withholding - Taxable Wages | 642.08 | 12,245.24 |
| Medicare - Taxable Wages | 642.08 | 12,245.24 |
| OASDI - Taxable Wages | 642.08 | 12,245.24 |



| Marital Status | Federal | State |
|---|---|---|
| | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Time Off

| Description | Hours Accrued | Hours Paid | Hours Available |
|---|---|---|---|
| Valet Living Sick Time | 1 | 0 | 87 |

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Benito Rojas | 0.30 Twin LLC | | | 166228 | 09/08/24 | 09/21/24 | 09/24/24 | 5080108 |

| | Company Address | | Address 2 | City | State | Zip | Phone Number |
|---|---|---|---|---|---|---|---|
| | 10150 Highland Manor Drive | | Suite 120 | Tampa | FL | 33610 | (877) 574-2587 |

| | Gross Pay | Pre Tax Deductions | Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 642.29 | 0.00 | 77.39 | 0.00 | 564.90 |
| YTD | 12,887.53 | 0.00 | 1,559.02 | 0.00 | 11,328.51 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular | 09/08/2024-09/21/2024 | 32.11 | 20.00 | 642.29 | 12,887.53 |
| Earnings | | 32.11 | | 642.29 | 12,887.53 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Federal Withholding | 8.08 | 168.46 |
| Medicare | 9.31 | 186.87 |
| OASDI | 39.83 | 799.03 |
| State Tax - PA | 19.72 | 395.64 |
| SUI-Associate Paid - PA | 0.45 | 9.02 |
| Associate Taxes | 77.39 | 1,559.02 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| Federal Withholding - Taxable Wages | 642.29 | 12,887.53 |
| Medicare - Taxable Wages | 642.29 | 12,887.53 |
| OASDI - Taxable Wages | 642.29 | 12,887.53 |



| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Time Off

| Description | Hours Accrued | Hours Paid | Hours Available |
|---|---|---|---|
| Valet Living Sick Time | 1 | 0 | 88 |