# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| **Benito Rojas** | **Case No.: 24-22690** |
| | **Chapter 13** |
| | **Judge Jeffery A. Deller** |
| **Debtor(s)** | * * * * * * * * * * * * * * * * * * * |
| | |
| **The Huntington National Bank** | **Related Document #** |
| **Movant,** | |
| | |
| **No Respondent(s).** | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for The Huntington National Bank, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

        Respectfully submitted,

        /s/ Stephen R. Franks
        Stephen R. Franks, Esquire (333394)
        Adam B. Hall (323867)
        MDK Legal
        P.O. Box 165028
        Columbus, OH  43216-5028
        Telephone: 614-220-5611
        Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Stephen R. Franks.
        Contact email is srfranks@mdklegal.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | |
| | **Case No.: 24-22690** |
| **Benito Rojas** | **Chapter 13** |
| | **Judge Jeffery A. Deller** |
| **Debtor(s)** | * * * * * * * * * * * * * * * * * * * |
| | |
| **The Huntington National Bank** | **Related Document #** |
| **Movant,** | |
| | |
| **No Respondent(s).** | |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on January 8, 2025.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Brian C. Thompson, Attorney for Benito Rojas, bthompson@ThompsonAttorney.com

Service by First-Class Mail:
Benito Rojas, 5900 Babcock Blvd #41, Pittsburgh, PA  15237


EXECUTED ON: January 8, 2025

By: /s/ Stephen R. Franks
Signature
Stephen R. Franks, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
333394
List Bar I.D. and State of Admission

25-000392_PS