IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Pittsburgh Division*

| | |
|---|---|
| IN RE:<br>Benito Rojas<br><br>KeyBank, N.A.,<br>    Movant<br><br><br><br>vs.<br><br>Benito Rojas ,<br>    Debtor<br>and<br><br>Ronda J. Winnecour<br>    Respondent | Case No. 24-22690-JAD<br>Chapter 13<br><br>Hearing Date: March 10, 2025<br><br>Hearing Time: 11:00 AM |

OBJECTION TO CONFIRMATION
OF DEBTOR'S CHAPTER 13 PLAN

    KeyBank, N.A. ("Movant"), by and through its undersigned counsel, files this *Objection to Confirmation of Debtor's Chapter 13 Plan* (Doc 27), and states as follows:

    1.    The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on November 1, 2024.

    2.    Movant holds a security interest in the Debtor's real property located at 5900 Babcock Blvd, Unit 41, Ross, PA 15237 (the "Property"), by virtue of a Mortgage.

    3.    The Debtor filed a Chapter 13 Plan (the "Plan") on December 20, 2024 (Doc 27).

    4.    Movant filed a Proof of Claim in this case on November 27, 2024 (Claim No. 3)

which lists a total debt of $52,206.03.

5. The Plan includes payments toward the Note and Mortgage with Movant, however the figures used by the Debtor are inaccurate and do not conform to Movant's timely-filed Proof of Claim. The correct pre-petition arrearage due Movant is $23,044.51, whereas the Plan proposes to pay $0.00.

6. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed.

7. Movant objects to any plan which proposes to pay it anything less than $23,044.51 as the pre-petition arrearage over the life of the plan.

**WHEREFORE**, Movant respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Movant as stated herein, and for such other and further relief as the Court may deem just and proper.

/s/Mario Hanyon
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Pittsburgh Division*

| | |
|---|---|
| IN RE:<br>Benito Rojas<br><br>KeyBank, N.A.,<br>    Movant<br><br><br><br>vs.<br><br>Benito Rojas ,<br>    Debtor<br>and<br><br>Ronda J. Winnecour<br>    Respondent | Case No. 24-22690-JAD<br>Chapter 13<br><br>Hearing Date: March 10, 2025<br><br>Hearing Time: 11:00 AM |

**CERTIFICATE OF SERVICE OF OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

    I certify under penalty of perjury that on this day, I served or caused to be served the OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN on the parties at the addresses shown below or on the attached list.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

<u>Via CM/ECF electronic notice:</u>

| | |
|---|---|
| Brian C. Thompson, Esq.<br>301 Smith Drive<br>Suite 6<br>Cranberry Township, PA 16066<br>*Counsel for Debtor* | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>*Chapter 13 Trustee* |

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222
*US Trustee*

<u>Via First Class Mail</u>:

Benito Rojas
5900 Babcock Blvd #41
Pittsburgh, PA 15237
*Debtor*


      If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, names and addresses of parties served by electronic notice will be listed under the heading "Via CM/ECF electronic notice" and those served by mail will be listed under the heading "Via First Class Mail".

EXECUTED ON: <u>January 9, 2025</u>

                                          */s/Mario Hanyon*
                                          Andrew Spivack, PA Bar No. 84439
                                          Matthew Fissel, PA Bar No. 314567
                                          Mario Hanyon, PA Bar No. 203993
                                          Ryan Starks, PA Bar No. 330002
                                          Jay Jones, PA Bar No. 86657
                                          Attorney for Creditor
                                          BROCK & SCOTT, PLLC
                                          3825 Forrestgate Drive
                                          Winston Salem, NC 27103
                                          Telephone: (844) 856-6646
                                          Facsimile: (704) 369-0760
                                          E-Mail: PABKR@brockandscott.com

**PAWB Local Form 7 (07/13)**