# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Benito Rojas, | : | Bankruptcy Case No. 24-22690-JAD |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Benito Rojas, | : | |
| | : | Document No.: 45 |
| Movant, | : | |
| | : | Related to Document No.: 44 |
| v. | : | |
| | : | Related to Claim No.: 5 |
| Citizens Bank, N.A. sbm to Citizens Bank of PA, | : | |
| | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Maya Rowe, Paralegal, hereby certify that a copy of Declaration of Sufficient Plan Funding was served by First Class U.S. mail postage prepaid and/or electronic correspondence on January 22, 2025, on the parties listed below.

Citizens Bank, N.A.
10561 Telegraph Road
Glen Allen, VA 23059

Mary F. Kennedy, Esquire
*Attorney for Creditor*
1310 Industrial Boulevard
1st Floor, Suite 101
Southampton, PA 18966

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Dated: January 22, 2025

/s/ Maya Rowe
Maya Rowe, Paralegal
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
mrowe@thompsonattorney.com