# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Benito Rojas, | : | Bankruptcy Case No.: 24-22690-JAD |
| Debtor. | : | Chapter 13 |
| Benito Rojas, | : | |
| Movant, | : | Document No.: |
| v. | : | Related to Document No.: |
| Valet Living, LLC, | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Matthew Gillespie, Paralegal, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on March 12, 2025, via first class mail postage prepaid:

**Valet Living LLC**
**attn Payroll Administrator**
**10150 Highland Manor Drive**
**Suite 120**
**Tampa FL, 33610**

Executed on:  March 12, 2025

/s/Brian C. Thompson, Esquire
Signature of Chapter 13 Trustee or Attorney for Debtor

Brian C. Thompson, Esquire
Typed Name of Chapter 13 Trustee or Attorney for Debtor

301 Smith Drive, Suite 6, Cranberry Township, PA 16066
Address of Chapter 13 Trustee or Attorney for Debtor

(724) 799-8404     Pa. I.D. #91197
Phone No. and Pa. I.D. No. of Chapter 13 Trustee or Attorney for Debtor