IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Benito Rojas, | : | Bankruptcy Case No.: 24-22690-JAD |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Benito Rojas, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.:  51 |
| v. | : | |
| | : | |
| Valet Living, LLC, | : | |
| | : | |
| Respondent. | : | |

**ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

The above-named Debtor(s) having filed a Chapter 13 petition and Debtor(s) or Trustee having moved to attach wages to fund the Chapter 13 Plan:
IT IS, THEREFORE, ORDERED that:
until further order of this Court, the Respondent from which the Debtor receives income: **Valet Living LLC, attn Payroll Administrator, 10150 Highland Manor Drive, Suite 120, Tampa FL, 33610**

(1) shall deduct from that income the sum of **$474.00 bi-weekly** beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

> RONDA J. WINNECOUR
> CHAPTER 13 TRUSTEE, W.D.PA.
> P.O. BOX 84051
> CHICAGO, IL 60689-4002

(2) the Debtor is paid **bi-weekly**, and the monthly plan payment is **$1,025.00**.
(3) the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefor.
(4) the Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the debtor's full Social Security number on the Respondent. Debtor shall file a certificate of service regarding service of the order and local form, but the Social Security number shall not be included on the certificate.
(5) all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues shall be paid to the Debtor in accordance with usual payment procedures.
(6) NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR ANY OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY CHILD OR DOMESTIC SUPPORT PAYMENTS.
(7) this order supersedes previous orders made to the Respondent in this case.
(8) the Respondent shall not charge any fee to the Debtor for the administration of this attachment order, except as

    may be allowed upon application to and order of this Court.

(9) that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

DATED this __12th__ day of ____March____, __2025__.

_____sjk
United States Bankruptcy Judge

Jeffery A. Deller

FILED
3/12/25 10:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

2

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 24-22690-JAD

Benito Rojas  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 3
Date Rcvd: Mar 12, 2025  Form ID: pdf900  Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Benito Rojas, 5900 Babcock Blvd #41, Pittsburgh, PA 15237-2555 |
| cr | #+ | Highlands at Chapel Hill Condominium Association, c/o LMBH Legal Services, LLC, 4074 Mt. Royal Boulevard, Suite 201, Allison Park, PA 15101-2995 UNITED STATES 15101-2995 |
| 16456017 | ++ | CCO MORTGAGE CORP, 10561 TELEGRAPH RD, GLEN ALLEN VA 23059-4577 address filed with court:, CCO Mortgage Corp., Attn: Bankruptcy, 10561 Telegraph Rd, Glen Allen, VA 23059 |
| 16481733 | | Highlands at Chapel Hill Condominium Association, c/o LMBH Legal Services, LLC, 4074 Mt. Royal Boulevard, Suite 201, Allison Park, PA 15101-2995 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Mar 13 2025 00:21:36 | Citizens Bank, N.A. s/b/m to Citizens Bank of Penn, 10561 Telegraph Road, Glen Allen, VA 23059, UNITED STATES 23059-4577 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Mar 13 2025 00:27:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | ^ | MEBN | Mar 13 2025 00:22:00 | KeyBank NA as S/B/M to First Niagara Bank NA, 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 13 2025 00:27:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 16456018 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 13 2025 00:27:00 | Citizens Bank NA, Attn: Bankruptcy, 1 Citizens Plaza, Riverside, RI 02915 |
| 16456016 | + | Email/Text: bankruptcy@cavps.com | Mar 13 2025 00:28:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 16458703 | + | Email/Text: bankruptcy@cavps.com | Mar 13 2025 00:28:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 16457806 | ^ | MEBN | Mar 13 2025 00:21:35 | Citizens Bank, N.A. s/b/m to Citizens Bank, of Pennsylvania, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 16456019 | + | Email/Text: bankruptcy@huntington.com | Mar 13 2025 00:27:00 | Huntington National Bank, Attn: Bankruptcy, Po Box 340996, Columbus, OH 43234-0996 |
| 16456020 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Mar 13 2025 00:28:00 | Key Bank, Attn: Bankruptcy, Oh-01-51-0622 4910 Tiedman Rd., Brooklyn, OH 44144-2338 |
| 16465840 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | | |

Case 24-22690-JAD  Doc 55  Filed 03/14/25  Entered 03/15/25 00:31:38  Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 12, 2025 | Form ID: pdf900 | Total Noticed: 22 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 13 2025 00:28:00 | KeyBank, N.A., 4910 Tiedeman Road, Suite C, Brooklyn, OH 44144-2338 |
| 16456021 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Mar 13 2025 00:28:00 | Keybank N.A., Attn: Bankruptcy, 4910 Tiedeman Rd Oh-01-51-0622, Brooklyn, OH 44144-2338 |
| 16456022 | | Email/Text: camanagement@mtb.com | Mar 13 2025 00:27:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 16481045 | | Email/Text: camanagement@mtb.com | Mar 13 2025 00:27:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 16456023 | + | Email/Text: bankruptcy@marinerfinance.com | Mar 13 2025 00:27:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 16456024 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 13 2025 01:15:20 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 16466054 | + | Email/Text: bankruptcy@huntington.com | Mar 13 2025 00:27:00 | The Huntington National Bank, PO Box 89424, OPC856, Cleveland, OH 44101-6424 |
| 16457452 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Mar 13 2025 03:06:05 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| cr | | The Huntington National Bank |
| cr | *+ | KeyBank, N.A., 4910 Tiedeman Road, Suite C, Brooklyn, OH 44144-2338 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 14, 2025              Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Debtor Benito Rojas bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Denise Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com |
| Jeffrey Hunt | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Mar 12, 2025 | Form ID: pdf900 | Total Noticed: 22 |

          on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Keri P. Ebeck
          on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
          btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lisa M. Burkhart
          on behalf of Creditor Highlands at Chapel Hill Condominium Association attylisaburkhart@gmail.com  fjug@bmr-law.com

Mario J. Hanyon
          on behalf of Creditor KeyBank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mary F. Kennedy
          on behalf of Creditor Citizens Bank  N.A. s/b/m to Citizens Bank of Pennsylvania mary@javardianlaw.com,
          tami@javardianlaw.com;angie.harrigan@javardianlaw.com

Office of the United States Trustee
          ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
          cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
          on behalf of Creditor The Huntington National Bank amps@manleydeas.com

TOTAL: 10