**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Benito Rojas, | Bankruptcy No. 24-22690-JAD |
| Debtor. | Chapter 13 |
| Benito Rojas, | Document No. 60 |
| Movant, | Related Document No. 58, 59 |
| vs. | Related Claim No. 6 |
| M&T Bank, | **Hearing Date and Time:** |
| Respondent. | May 20, 2025, at 10:00 a.m. |

**CERTIFICATE OF SERVICE**

I, Maya Rowe, Paralegal, certify under penalty of perjury that I served the forgoing Objection to Notice of Post Petition Mortgage Fees, Proposed Order, Notice of Hearing Date on the following parties at the addresses listed below on April 9, 2025, via first class mail postage prepaid:

Denise Carlon, Esquire
*Attorney for Secured Creditor*
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

M&T Bank
P.O. Box 840
Buffalo, NY 14240-0840

Ronda J. Winnecour
U.S. Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219

Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222

Dated: April 9, 2025

/s/ Maya Rowe
Maya Rowe, Paralegal
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
mrowe@thompsonattorney.com