**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Benito Rojas<br>　　　　　　　　Debtor(s) | |
| M&T Bank<br>　　　　　　　　Movant<br>　　vs. | CHAPTER 13 |
| Benito Rojas<br>　　　　　　　　Debtor(s) | NO. 24-22690 JAD |
| Ronda J. Winnecour<br>　　　　　　　　Trustee | Related to Doc. #61 |

**ORDER OF COURT**

And on this  11th  day of      April           , 2025, it is hereby ORDERED that the Notice of Postpetition Mortgage Fees, Expenses, and Charges, which was filed with the Court on or about March 19, 2025, under Claim No. 6., is hereby WITHDRAWN.

By the Court,

_____ sjk
Jeffery A. Deller, U.S. Bankruptcy Judge

FILED
4/11/25 3:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

1

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-22690-JAD |
| Benito Rojas | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 11, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2025:**

**Recip ID**    **Recipient Name and Address**
db    + Benito Rojas, 5900 Babcock Blvd #41, Pittsburgh, PA 15237-2555

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2025 at the address(es) listed below:**

**Name**    **Email Address**

Brian C. Thompson
    on behalf of Debtor Benito Rojas bthompson@ThompsonAttorney.com
    blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Denise Carlon
    on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com

Jeffrey Hunt
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lisa M. Burkhart
    on behalf of Creditor Highlands at Chapel Hill Condominium Association attylisaburkhart@gmail.com  fjug@bmr-law.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Apr 11, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Mario J. Hanyon
 on behalf of Creditor KeyBank N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mary F. Kennedy
 on behalf of Creditor Citizens Bank N.A. s/b/m to Citizens Bank of Pennsylvania mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
 on behalf of Creditor The Huntington National Bank amps@manleydeas.com

TOTAL: 10