**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Benito Rojas, | ) | Bankruptcy No. 24-22690-JAD |
| | ) | |
| Debtor. | ) | Chapter 13 |
| _____ | ) | |
| Benito Rojas, | ) | Document No. 68 |
| | ) | |
| Movant, | ) | Related Document No. 58, 59 |
| | ) | |
| vs. | ) | Related Claim No. 6 |
| | ) | |
| M&T Bank, | ) | **Hearing Date and Time:** |
| | ) | May 20, 2025, at 10:00 a.m. |
| Respondent. | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**OBJECTION TO NOTICE OF POST-PETITION FEES, EXPENSES AND CHARGES**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection filed on April 9, 2025, at Document No. 58 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant with Notice Setting Hearing and Response Deadline at Document No. 59, responses were to be filed and served no later than April 26, 2025.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Objection recorded at Document No. 58 be entered by the Court.

Date: <u>April 28, 2025</u>             /s/ Brian C. Thompson
                                        Brian C. Thompson, Esquire
                                        Attorney for Debtor(s)
                                        PA ID No. 91197
                                        THOMPSON LAW GROUP, P.C.
                                        301 Smith Drive, Suite 6
                                        Cranberry Township, PA 16066
                                        (724) 799-8404 Telephone
                                        (724) 799-8409 Facsimile
                                        bthompson@thompsonattorney.com