**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BENITO ROJAS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:24-22690 JAD<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/01/2024 and confirmed on 03/11/2025. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 2,000.00 |
| Less Refunds to Debtor | 2,000.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 0.00 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 0.00 | |
|     Trustee Fee | 0.00 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 0.00 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CITIZENS BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5819 | | | | |
|   KEYBANK NA(*)   [REAL ESTATE] | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6013 | | | | |
|   M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6880 | | | | |
|   KEYBANK NA(*)   [REAL ESTATE] | 23,044.51 | 0.00 | 0.00 | 0.00 |
|     Acct: 6013 | | | | |
|   CITIZENS BANK NA | 24,853.75 | 0.00 | 0.00 | 0.00 |
|     Acct: 5819 | | | | |
|   HIGHLANDS AT CHAPEL HILL CONDOMINI | 14,382.46 | 0.00 | 0.00 | 0.00 |
|     Acct: 5524 | | | | |
|   US DEPARTMENT OF HUD** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5023 | | | | |
| | *** N O N E *** | | | |
| **Priority** | | | | |
|   BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| BENITO ROJAS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BENITO ROJAS | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMPSON LAW GROUP PC | 4,500.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMPSON LAW GROUP PC | 5,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6880 | | | | |
| ***NONE*** | | | | |
| **Unsecured** | | | | |
| CAVALRY SPV I LLC - ASSIGNEE** | 6,505.14 | 0.00 | 0.00 | 0.00 |
| Acct: 2320 | | | | |
| CCO MORTGAGE CORPORATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5819 | | | | |
| HUNTINGTON NATIONAL BANK(*) | 26,364.97 | 0.00 | 0.00 | 0.00 |
| Acct: 7667 | | | | |
| KEYBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8270 | | | | |
| MARINER FINANCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6517 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9043 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4296 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAVARDIAN LAW OFFICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BROCK & SCOTT PLLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LMBH LEGAL SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ***NONE*** | | | | |

TOTAL PAID TO CREDITORS                                                                 0.00

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 62,280.72 |
| UNSECURED | 32.870.11 |

Date: 07/07/2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com